JEFFRY G. LOCKE
Chapter 7 Bankruptcy Trustee
530 Alameda Del Prado, #396
Novato, CA 94949
Telephone: (415) 884-2264

FILED
SEP 2 0 2005
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Trustee in Bankruptcy

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – Northern District of California

In re:

Napa Valley Physicians Plan

Debtor(s)

Case No. 01-10255 AJ

Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $94,486.66. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| COD | Wells Fargo Services Company<br>c/o Elizabeth Murphy, 353 Sacramento Street<br>San Francisco, CA 94111 | 2,369.81 | 1,558.61 |
| 3 | Thompson & Darwish Cardio Ctr<br>, POB 6686<br>Clearlake, CA 95422 | 88.23 | 14.97 |
| 7 | Thomas G. Sampson, MD<br>1150 Post St., Ste 4B,<br>San Francisco, CA 94109 | 316.05 | 53.61 |
| 10 | Del Domezio LCSW<br>, 3264 Villa Lane<br>Napa, CA 94558 | 2,520.00 | 427.49 |
| 28 | Wayne Walker, MD<br>, POB 660877<br>Sacramento, CA 95866 | 770.00 | 130.62 |
| 29 | Thomas Gay, MD<br>, 3434 Villa Lane, Suite 280<br>Napa, CA 94558 | 50,618.06 | 8,586.74 |

| # | Name/Address | Amount | Amount |
|---|---|---:|---:|
| 33 | Cheryl Hamilton, MD<br>, 127 Hospital Drive, #102<br>Vallejo, CA 94589 | 6,291.00 | 1,067.19 |
| 38 | Jesus P. Baldonado, MD<br>Acct: N/A, 127 Hospital Drive, #102<br>Vallejo, CA 94589 | 3,642.00 | 617.82 |
| 47 | Adventist Health Cal. Med.<br>Found Inc., POB 250<br>Talmage, CA 95481 | 253,686.34 | 43,034.82 |
| 48 | Adriana Ortiz<br>86 Dewitt Avenue,<br>Napa, CA 94558 | 95.00 | 16.12 |
| 62 | Napa Valley Dialysis<br>Thomas Paukert, 1100 Trancas Street, #267<br>Napa, CA 94558 | 97,140.43 | 16,478.70 |
| 79 | Athanasios A. Mihas MD<br>3131 Browns Valley Rd,<br>Napa, CA 94559 | 30.09 | 5.10 |
| 82 | Anthony Rabin MD<br>3131 Browns Valley Rd,<br>Napa, CA 94559 | 464.83 | 78.85 |
| 88 | Nancy Gooding Palmer, RNFA NP<br>, 2062 Grove Street<br>San Francisco, CA 94117 | 1,300.00 | 220.53 |
| 89 | Dr Lawrence Thompson<br>20280 S. Vermont Ave, Suite 120<br>Torrance, CA 90502 | 44,658.00 | 7,575.69 |
| 94 | William R. Todd, DPM<br>, 1204 Main Street<br>St. Helena, CA 94574 | 44,529.00 | 7,553.81 |
| 120 | Pacific Nephrology<br>P.O.Box 39000, Dept 05937,<br>San Francisco, CA 94139 | 811.61 | 137.68 |
| 121 | Maternal Fetal Medical Assoc.<br>, 3700 California Street, Suite G330.<br>San Francisco, CA 94118 | 10,255.43 | 1,739.71 |
| 122 | Denise Main MD<br>3700 California St., #G330,<br>San Francisco, CA 94118 | 1,365.00 | 231.56 |
| 130 | California Pacific Medical Center-<br>Dr. D. Main, 3700 California St.#G330<br>San Francisco, CA 941181618 | 1,700.00 | 288.38 |
| 131 | Denise Main, MD<br>Maternal Fetal of CPMC, 3700 California St. #G330<br>San Francisco, CA 941181618 | 1,881.00 | 319.09 |
| 161 | Carl Otto, MD<br>3700 California Street, #G330, Maternal Fetal Med. Assoc.<br>San Francisco, CA 94118 | 1,881.00 | 319.09 |
| 163 | Denise Main MD<br>3700 California St., #G330,<br>San Francisco, CA 94118 | 1,100.43 | 186.67 |
| 174 | Norma O. Marks, MD<br>, 17752 Mitchell North, Suite D<br>Irvine, CA 92614 | 144.88 | 24.58 |

| | | | |
|---|---|---|---|
| 222 | Bay Area Orthopedic Specialty, 3838 California Street, #111 San Francisco, CA 94118 | 16,764.00 | 2,843.81 |
| 226 | Home Sleep Diagnostics, Inc., 5820 Wilshire Boulevard, #202 Los Angeles, CA 90036 | 5,750.00 | 975.42 |

Total Unclaimed Dividends  $94,486.66

Dated: September 13, 2005

_____
JEFFRY G. LOCKE, TRUSTEE